1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC SION GREGORY,<br><br>                    Plaintiff,<br><br>            v.<br><br>CDCR OFFICER MRS. JONES,<br><br>                    Defendant. | Case No. CV 14-6268 SVW (MRW)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

        The Court vacates the reference of this action to the Magistrate Judge and grants Plaintiff's motion to dismiss the action.  Pursuant to Federal Rule of Civil Procedure 41(a)(2), the action is dismissed without prejudice.

Dated: 5/7/15

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE